JOSEPHINE PARKAS, Appellant, *v.* PETER PARKAS, Respondent.

Submitted March 2, 1942; decided March 11, 1942.

*Frederick E. Klein* for motion.

*David P. Siegel* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.